**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-6730**

———————————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

CHRISTOPHER K. MULLINS,

                Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:09-cv-00177; 2:04-cr-00011-JTC-1)

———————————

Submitted: October 13, 2011      Decided: October 17, 2011

———————————

Before SHEDD, AGEE, and WYNN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Thomas J. Gillooly, Charleston, West Virginia, for Appellant. Steven Loew, Charles T. Miller, Monica Kaminski Schwartz, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher K. Mullins seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Mullins has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Mullins's pending motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
